**In re OLYMPIC FOUNDRY CO., a Washington corporation, Debtor.**

**The STATE of Washington, Appellant,**

v.

**Donald L. GINSBERG, Trustee, Appellee.**

**BAP No. WW 86–1669 EAsMe Adv. No. 85–0222. Bankruptcy No. 83–03853.**

United States Bankruptcy Appellate Panels of the Ninth Circuit.

Argued and Submitted Jan. 22, 1987.

Decided March 23, 1987.

James R. Tuttle, Asst. Atty. Gen., Department of Revenue; Olympia, Wash., for appellant.

David A. Webber, Beresford, Booth, Baronsky & Trompeter, Seattle, Wash., for appellee.

SIDNEY C. VOLINN, Bankruptcy Judge.

REVERSED AND REMANDED.